# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$37,564,565.25 in ACCOUNT NUMBER XXXXXXX9515 AT MORGAN STANLEY, IN THE NAME OF ANICORN LLC,<br><br>$21,113.21 in ACCOUNT NUMBER XXXXXX9537 AT WELLS FARGO, N.A., IN THE NAME OF ARTEMUS GROUP, LLC,<br><br>$25,002,568.63 in ACCOUNT NUMBER XXXXXX1078 AT CITIBANK, IN THE NAME OF HIGGINBOTHAM LAW P.C., and<br><br>$11,314,205.00 in ACCOUNT NUMBER XXXXXX9974 AT CITIBANK, IN THE NAME OF HIGGINBOTHAM LAW P.C.,<br><br>    Defendants *in rem*. | Civil Action No. 18-cv-2795-CKK |
| PRAKAZREL MICHEL, an individual residing at 4690 Long Key Lane, Coconut Creek, Florida, 33073,<br><br>ANICORN, LLC, a Delaware limited liability company with its place of business at 4690 Long Key Lane, Coconut Creek, Florida, 33073, and<br><br>ARTEMUS GROUP, LLC, a Delaware limited liability company with its place of business at 4690 Long Key Lane, Coconut Creek, Florida, 33073,<br><br>    Claimants. | |

**VERIFIED CLAIM OF ANICORN, LLC**

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Anicorn, LLC, by and through its undersigned counsel, hereby files this verified claim and asserts its interest and right in the defendant *in rem* described herein.

1. The specific property claimed is the defendant property identified in paragraph 3.a of the Verified Complaint for Forfeiture *in Rem* (ECF No. 1), namely, $37,564,565.25 in bank funds seized from Account Number XXXXXXXX9515 at Morgan Stanley, held in the name of Anicorn, LLC, on March 9, 2018.

2. The claimant is Anicorn, LLC, a Delaware limited liability company with its place of business at 4690 Long Key Lane, Coconut Creek, Florida, 33073.

3. The claimant's interest is that Anicorn, LLC, is the lawful owner that has a lawful possessory interest in the foregoing property.  The property is not subject to forfeiture.  The Complaint fails adequately to allege that the property is the proceeds of specified unlawful activity or was used to promote, conduct, or facilitate specified unlawful activity, and, in any event, Anicorn, LLC, is an innocent owner of the property that did not know of the conduct or circumstances giving rise to forfeiture.

| | |
|---|---|
| Dated: January 7, 2019<br>Washington, D.C. | Respectfully submitted.<br><br>s/ Barry J. Pollack<br>Barry J. Pollack (D.C. Bar #434513)<br>ROBBINS, RUSSELL, ENGLERT, ORSECK,<br>  UNTEREINER & SAUBER LLP<br>2000 K Street, N.W., 4th Floor<br>Washington, DC 20006<br>Telephone:  (202) 775-4500<br>Facsimile:  (202) 775-4510<br>Email:  bpollack@robbinsrussell.com<br><br>*Counsel for Claimant Anicorn, LLC* |

## VERIFICATION

Pursuant to Local Civil Rule 5.1(f), I declare under penalty of perjury that the foregoing is true and correct.

Executed on \_\_\_\_12/22/18\_\_\_\_.

_____

Prakazrel Michel

Member, Anicorn, LLC