# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$37,564,565.25 in ACCOUNT NUMBER XXXXXXXX9515 AT MORGAN STANLEY, IN THE NAME OF ANICORN LLC, *et al.*,<br><br>    Defendants *in rem*. | Civil Action No. 18-cv-2795-CKK |

## STATUS REPORT

Anicorn LLC, Artemus Group, LLC, and Prakazrel "Pras" Michel ("the Claimants") file this report with the consent of counsel for the Plaintiff, the United States:

1.  On January 21, 2020, the Court granted the Plaintiff's motion for a stay but "note[d] that the United States has indicated its willingness to meet and confer with claimants about whether or not certain aspects of this case may be exempted from this stay." Memorandum Opinion & Order at 3, ECF No. 38.

2.  The Plaintiff and the Claimants have met and conferred regarding discovery in this case.

3.  Specifically, the Plaintiff has stated that it has no blanket objection to the service of document subpoenas by the Claimants on third parties. The Claimants have provided the Plaintiff drafts of four such subpoenas. After making changes to the drafts requested by the Plaintiff, the Plaintiff has confirmed to the Claimants that it does not oppose the issuance of these subpoenas.

4. The Claimants accordingly will serve these subpoenas on the relevant third parties.

5. Copies of all documents produced pursuant to the subpoenas will be provided to the Plaintiff by the Claimants.

6. The Claimants will provide copies of the subpoenas to chambers should the Court so request. Likewise, should the Court require, in addition to this Status Report, a formal motion to modify the Court's Order granting the Plaintiff's motion to stay, which would be unopposed, the Claimants will promptly file such a motion.

Dated: February 19, 2020
      Washington, D.C.

Respectfully submitted,

s/ Barry J. Pollack
Barry J. Pollack (D.C. Bar #434513)
Joshua S. Bolian (D.C. Bar #1010723)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
  UNTEREINER & SAUBER LLP
2000 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: bpollack@robbinsrussell.com

*Counsel for Claimants Anicorn, LLC, Artemus Group, LLC, and Prakazrel Michel*