# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>$37,564,565.25 in ACCOUNT NUMBER XXXXXXXX9515 AT MORGAN STANLEY, IN THE NAME OF ANICORN LLC;<br><br>$21,113.21 in ACCOUNT NUMBER XXXXXX9537 AT WELLS FARGO, N.A., IN THE NAME OF ARTEMUS GROUP, LLC;<br><br>$25,002,568.63 in ACCOUNT NUMBER XXXXXX1078 AT CITIBANK, IN THE NAME OF HIGGINBOTHAM LAW P.C.;<br><br>$11,314,205.00 in ACCOUNT NUMBER XXXXXX9974 AT CITIBANK, IN THE NAME OF HIGGINBOTHAM LAW P.C.;<br><br>      Defendants *in rem*. | Civil Action No. 18-cv-2795 |

## NOTICE OF APPEARANCE

**To the clerk of court and all parties of record:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimants Prakazrel Michel, Anicorn LLC, and Artemus Group, LLC.

Date:  November 1, 2024

Respectfully,

*/s/ Melissa Gomez Nelson*

Melissa Gomez Nelson (DC Bar No. 984471)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Melissa.GomezNelson@dentons.com
202-408-9170

*Counsel for Prakazrel Michel, Anicorn LLC, and Artemus Group, LLC*